JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/12/2015

CENTRAL DISTRICT OF CALIFORNIA
BY:_____CW_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JERALD PADILLA,                    )    Case No. SACV 15-1701-FMO(AJW)
                                   )
          Petitioner,              )
                                   )
     v.                            )    JUDGMENT
                                   )
KELLY SANTORO, Warden,             )
                                   )
          Respondent.              )
_____)

     **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.


Dated: November 12, 2015


                                   _____/s/_____
                                   Fernando M. Olguin
                                   United States District Judge